IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. PONTE,<br><br>      Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>      Defendants. | CIVIL NO. 1:24-cv-02379 |

**JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER**

Plaintiff John C. Ponte ("Ponte") and defendants the Federal Deposit Insurance Corporation ("FDIC"), FDIC Chair Martin Gruenberg, FDIC Vice Chair Travis Hill, FDIC Board Members Michael J. Hsu and Rohit Chopra, and Administrative Law Judge Jennifer Whang, each in the official capacity (collectively "Defendants"), hereby jointly move the Court for entry of a stipulated scheduling order concerning Plaintiff's Motion for a Temporary Restraining Order. ("TRO Motion").  ECF 2.  This proposed briefing schedule would further the parties' goals of efficiently and expeditiously obtaining resolution of this case:

- Defendants' opposition to TRO Motion and Motion to Dismiss For Lack of Subject Matter Jurisdiction shall be filed by August 23, 2024.

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION
Andrew Dober
Senior Counsel

*/s/ Erik Bond*
Erik Bond (N.Y. Bar Reg. 4316030)
Counsel
3501 Fairfax Drive
Arlington, VA 22226-3500
Tel.: (703) 562-6461
Fax: (703) 562-2477
Email: erbond@fdic.gov

/s/ *John J. Vecchione*
John J. Vecchione (DC Bar #431764)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.Vecchione@NCLA.legal

*Counsel for John C. Ponte*

DATED:  August 19, 2024