UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. PONTE<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*<br><br>Defendants. | Case No.: 1:24-cv-02379 |

**PLAINTIFF'S MOTION FOR TELEPHONIC CONFERENCE AND SHORTENED TIME TO RESPOND**

Plaintiff John C. Ponte respectfully moves for a telephonic conference with the Court on this matter. The FDIC hearing in this matter begins next week on October 15, 2024. The TRO was filed August 19, 2024. The parties are preparing for that non-jury hearing. The injury to the plaintiff of a non-jury proceeding is imminent. Plaintiff seeks some indication on whether this matter will be ruled upon prior to that date to inform further action. Plaintiff's counsel spoke to Defendant's counsel last week to seek a joint call to the Court which was opposed. This motion should accordingly be deemed opposed and the Court should shorten the time to respond to 10/10/2024.

1

Dated: October 9, 2024

                                          Respectfully submitted,

/s/ *John J. Vecchione*
John J. Vecchione (DC Bar #431764)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.Vecchione@NCLA.legal


*Counsel for John C. Ponte*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that foregoing document was filed on October 9,, 2024 via this Court's electronic filing system. Undersigned counsel further certifies that the foregoing was served on all counsel of record via the notification of docket activity generated by this filing.

/s/ John J. Vecchione